**Motion GRANTED.**

*[Signature]*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 3:15-00071-1 |
| | ) | Judge Trauger |
| | ) | |
| MATTHEW McKERVEY | ) | |

### Unopposed Motion to Continue Pretrial Motions Deadline

Defendant Matthew McKervey respectfully moves the Court to continue by three weeks his deadline of September 4, 2015, to file his pretrial motions because he has not yet received the discovery materials. AUSA Sunny Koshy has stated that he does not oppose this motion.

Respectfully submitted,

*s/ Michael C. Holley*
MICHAEL C. HOLLEY
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

Attorney for Matthew McKervey

### CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2015, I electronically filed the foregoing Unopposed Motion to Continue Pretrial Motions Deadline with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to Mr. Sunny A.M. Koshy, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Michael C. Holley*
MICHAEL C. HOLLEY