Motion GRANTED.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:15-00071-1 |
| | ) | Judge Trauger |
| MATTHEW McKERVEY | ) | |

MOTION TO JOIN IN "MOTION TO CONTINUE TRIAL"

Comes now Matthew McKervey, through counsel Michael C. Holley, Assistant Federal Public Defender, and respectfully moves to join and adopt Defendant Daniel Alcala's Motion to Continue Trial (D.E. 40). Mr. McKervey would show that he seeks and is entitled to the same relief as described in this motion. A waiver of Mr. McKervey's speedy trial rights has been executed and is filed herewith.

Respectfully submitted,

/s/ *Michael C. Holley*
MICHAEL C. HOLLEY
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2015, I electronically filed the foregoing Motion to Join in "Motion to Continue Trial" with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to Mr. Sunny A.M. Koshy, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

/s/ *Michael C. Holley*
MICHAEL C. HOLLEY